**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis M Reinoso<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9174<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–12787–ABA | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Luis M Reinoso

12/6/17                                                              **By the court:** Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-12787-ABA
Luis M Reinoso                                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 06, 2017
                              Form ID: 3180W           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db              +Luis M Reinoso,    280 Linden Avenue,    Woodlynne, NJ 08107-2131
516002307       +Commonwealth Financial Systems,    245 Main Street,    Dickinson City, PA 18519-1641
516002309       +Enhanced Recovery Corp,    PO Box 57610,    Jacksonville, FL 32241-7610
516002310       +Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
516002311       +Ralph Gonzalez Esq,    2 Woodbrook Avenue,    Voorhees, NJ 08043-2843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516002308       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 22:59:29      DiTech Bankruptcy Dept,
                 PO Box 6154,    Rapid City, SD 57709-6154
517078975       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 06 2017 23:00:15
                 THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
517078976       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 06 2017 23:00:15
                 THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146,    THE BANK OF NEW YORK MELLON,
                 c/o Bayview Loan Servicing, LLC 33146-1837
516235158        E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 22:59:29      The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4,
               as owner and holder of account/contract originated by COUNTRYWIDE HOME LOANS, INC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Steven N. Taieb    on behalf of Debtor Luis M Reinoso staieb@comcast.net
                                                                                              TOTAL: 4